FEB 12 2025 PM2:44
FILED - USDC - NDTX - LU

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 5-25CR-012-H |
| BRANDON SCOTT HAYMAN (01)<br>LOGAN SCOTT NICKERSON (02) | |

## **INDICTMENT**

The Grand Jury Charges:

Count One
Possession of a Firearm and Ammunition by a Convicted Felon
(Violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8))

On or about May 20, 2024, in the Lubbock Division of the Northern District of

Texas, and elsewhere, **Brandon Scott Hayman**, defendant, knowing he had previously

been convicted of a crime punishable by a term of imprisonment exceeding one year, did

knowingly possess in and affecting interstate and foreign commerce approximately 12

rounds of .380 caliber ammunition; and a firearm, that is, a Glock, model 42, .380 caliber,

semi-automatic pistol, serial number AKES910.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8).

Count Two
Transfer of a Firearm to a Prohibited Person
(Violation of 18 U.S.C. §§ 922(d)(1), 924(a)(8))

From on or about May 16, 2024, to on or about May 20, 2024, in the Abilene and

Lubbock Divisions of the Northern District of Texas, and elsewhere, **Logan Scott**

**Nickerson**, defendant, did knowingly loan, transfer, and otherwise dispose of a firearm,

to wit: a Glock, model 42, .380 caliber, semi-automatic pistol, serial number AKES910,

to Brandon Scott Hayman knowing and having reasonable cause to believe that Hayman

had been convicted in any court of a crime punishable by imprisonment for a term

exceeding one year.

In violation of Title 18, United States Code, Sections 922(d)(1), 924(a)(8), and 2.

Count Three
False Material Statement to a Firearms Dealer
(Violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2))

On or about May 16, 2024, in the Abilene Division of the Northern District of

Texas, and elsewhere, **Logan Scott Nickerson**, defendant, in connection with the

acquisition and attempted acquisition of a firearm, that is, a Glock, model 42, .380

caliber, semi-automatic pistol, serial number AKES910, from Big Spring Outdoors, 1605

E FM 700, Big Spring, Texas, 79720, a licensed dealer of firearms within the meaning of

Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious

written statement to Big Spring Outdoors, which statement was intended and likely to

deceive Big Spring Outdoors, as to a fact material to the lawfulness of such sale and

acquisition of said firearm under chapter 44 of Title 18, in that defendant executed a

Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473

Firearms Transaction Record to the effect he was the actual transferee and buyer of the

firearm, when in truth and in fact, as defendant then knew, he was not the actual

transferee and buyer and he was acquiring the aforementioned firearm for Brandon Scott

Hayman.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

**Brandon Scott Hayman, et al.**
**Indictment – Page 3**

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of any of the offenses alleged in this indictment, and pursuant to

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendants **Brandon Scott Hayman** and

**Logan Scott Nickerson** shall forfeit to the United States of America any firearm and

ammunition involved in or used in the knowing commission of the offense, including, but

not limited to, the following: a Glock, model 42, .380 caliber, semi-automatic pistol,

serial number AKES9105; approximately 12 rounds of .380 caliber ammunition; and any

additional ammunition, magazines, and / or accessories recovered with the firearm.

A TRUE BILL:

_Shanda Rogers_
FOREPERSON

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

JENNIFER P. SCHRAUTH
Assistant United States Attorney
Iowa State Bar No. AT0015322
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7563
Facsimile:   806-472-7394
E-mail:   jen.schrauth@usdoj.gov

**Brandon Scott Hayman, et al.**
**Indictment – Page 4**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.

BRANDON SCOTT HAYMAN (01)
LOGAN SCOTT NICKERSON (02)

INDICTMENT

| | |
|---|---|
| COUNT 1: | POSSESSION OF A FIREARM AND AMMUNITION BY A CONVICTED FELON |
| | Title 18, United States Code, Sections 922(g)(1), 924(a)(8). |
| COUNT 2: | TRANSFER OF A FIREARM TO A PROHIBITED PERSON |
| | Title 18, United States Code, Sections 922(d)(1), 924(a)(8). |
| COUNT 3: | FALSE MATERIAL STATEMENT TO A FIREARMS DEALER |
| | Title 18, United States Code, Sections 922(a)(6), 924(a)(2). |
| | FORFEITURE NOTICE |

(3 COUNTS + FORFEITURE NOTICE)

A true bill rendered:
Lubbock                    _Shanda Rogers_                    Foreperson

Filed in open court this __12th__ day of __February__, A.D. 2025.
ARREST WARRANT TO ISSUE AS TO EACH DEFENDANT

_Amy Brien_
UNITED STATES MAGISTRATE JUDGE

Brandon Scott Hayman, et al.
Indictment – Page 5